**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARYANN GIANELLI

VS.

**MISC 05 -174** ML

EDWIN QUINN, DAVID PIERCE,
TRUSTEE, - COACH LANE TRUST
OF WAKEFIELD, CIRCLE INCORPORATED,
EDWARD FITZSIMMONS, INDIVIDUALLY,
MARK COLANGELO AND THE CANINE
ENTERTAINMENT CORPORATION

**MISCELLANEOUS PETITION**

The defendant, Edwin Quinn, obtained an Order from the Commonwealth of Massachusetts Superior Court Department Essex County for a Commission to Take Deposition of Arthur Gianelli in Rhode Island.

Attached is the Order from the Essex County Superior Court as well as a Letter Rogatory from said Court.

The witness whose deposition is sought, Arthur Gianelli, is a prisoner incarcerated at the Donald W. Wyatt Detention Center, 950 High Street, Central Falls, RI.

Counsel has been advised that discovery in the Essex County case is scheduled to be concluded by December 31, 2005. Therefore, the petitioner is requesting that the deposition be scheduled on December 29, 2005.

WHEREFORE, defendant, Edwin Quinn requests the following relief.

1. That the Court permit the issuance of a subpoena to Arthur Gianelli of Central Falls, RI, for a deposition to be held on December 29, 2005 at the Wyatt Detention Center, 950 High Street, Central Falls, RI, or such other time and place as may be agreed between the parties and for the appointment of any certified court reporter from Reporting Associates, 10 Dorrance Street, #617,m Providence, RI, 02903 as the person before whom said deposition may be taken.

2. For whatever other relief the Court deems reasonable and just.

The defendant,
By his attorneys,
FINAN & GROURKE

[signature]

Edward F. Grourke #2557
24 Spring Street, PO Box 1207
Pawtucket, RI 02862
(401) 723-6800

DATE: 12/19/05

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800