**EXHIBIT C**

**COMMONWEALTH OF MASSACHUSETTS**

ESSEX, SS.

SUPERIOR COURT
DEPARTMENT
CA DOCKET NO. 03-2332

MARYANN GIANELLI,
Plaintiff

vs.

EDWIN QUINN, DAVID PIERCE, TRUSTEE - COACH LANE TRUST OF WAKEFIELD, CIRCLE INCORPORATED, EDWARD FITZSIMMONS, INDIVIDUALLY, MARK COLANGELO, and THE CANINE ENTERTAINMENT CORPORATION,
Defendants

**ORDER FOR COMMISSION TO TAKE DEPOSITION OF ARTHUR GIANELLI IN RHODE ISLAND**

IT IS ORDERED this 2nd day of November, 2005 that:

A Commission shall issue out of this Court appointing Edward F. Grourke, Esquire, Finan & Grourke, 24 Spring Street, Pawtucket, Rhode Island or another attorney of Finan & Grourke and any other person authorized to administer oaths under the laws of Rhode Island, as Commissioner authorizing and empowering him or her or persons acting on his or her behalf to compel Arthur Gianelli to appear before such Commissioner for the purpose of giving evidence on oral examination.

This Commission has been issued because Arthur Gianelli, incarcerated at Donald W. Wyatt Detention Center, 950 High Street, Central Falls, Rhode Island, is not subject to service of a subpoena issued in Massachusetts and Arthur Gianelli's appearance can be compelled only by process issued or authorized by a person appointed as Commissioner for such purpose.

Dated: November 22, 2005

Entered as an Order of the Court

Kottmyer, J
attest: Phil Mazza
Asst Clerk