**EXHIBIT E**

**COMMONWEALTH OF MASSACHUSETTS**

ESSEX, SS.

SUPERIOR COURT
DEPARTMENT
CA DOCKET NO. 03-2332

MARYANN GIANELLI,
Plaintiff

vs.

EDWIN QUINN, DAVID PIERCE, TRUSTEE - COACH LANE TRUST OF WAKEFIELD, CIRCLE INCORPORATED, EDWARD FITZSIMMONS, INDIVIDUALLY, MARK COLANGELO, and THE CANINE ENTERTAINMENT CORPORATION,
Defendants

**LETTER ROGATORY TO THE UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND**

TO: UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

FROM: THE SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS

RE: Civil Action No. 03-2332

The Superior Court Department of the Trial Court of the Commonwealth of Massachusetts hereby requests, as a matter of comity, that the United States District Court, District of Rhode Island issue process to compel Arthur Gianelli to appear at a deposition to testify. The Superior Court Department of the Trial Court of the Commonwealth of Massachusetts requests this assistance to allow Edwin Quinn to gather evidence and to prepare properly for trial. This Letter Rogatory has been issued because Arthur Gianelli is a resident of Rhode Island and a prisoner incarcerated at the Donald W. Wyatt Detention Center, 950 High Street, Central Falls, Rhode Island. Accordingly, Arthur Gianelli is not subject to service of a subpoena issued in Massachusetts and his appearance can be compelled only by process issued by the appropriate authority in Rhode Island. The place, time, date and other procedures for the examination of the witness are left entirely to the procedure authorized by the rules and statutes of the State of Rhode Island and the United States District Court, District of Rhode Island.

Dated: November 22, 2005

Entered as an Order of the Court

Kathryn D
attest: Phil Nagg
Asst Clerk