**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARYANN GIANELLI

VS.

EDWIN QUINN, DAVID PIERCE, TRUSTEE, - COACH LANE TRUST OF WAKEFIELD, CIRCLE INCORPORATED, EDWARD FITZSIMMONS, INDIVIDUALLY, MARK COLANGELO AND THE CANINE ENTERTAINMENT CORPORATION

Case No.: MISC 05-174ML

**MOTION TO COMPEL ATTENDANCE AT DEPOSITION OR IN THE ALTERNATIVE TO ADJUDGE IN CONTEMPT**

The defendant Edwin Quinn moves that the Court enter an Order compelling Arthur Gianelli to testify at a deposition or that Mr. Gianelli be adjudged in contempt for his failure to testify at a deposition scheduled on January 11, 2006.

A Memorandum setting forth the factual basis for this Motion is attached hereto.

WHEREFORE, the defendant Edwin Quinn requests that the Court enter an Order compelling the defendant to testify at a deposition, within a reasonable timeframe as ordered by the Court, subject to the rights and privileges that may be asserted by any witness at a deposition.

Defendant, By His Attorneys,
FINAN & GROURKE

Edward F. Grourke #2557
24 Spring Street, P.O. Box 1207
Pawtucket, RI 02862
(401) 723-6800

**CERTIFICATION**

I hereby certify that on the 17th day of January, 2006, a copy of the within document was sent to:

John F. Kehoe, Esq.
Kehoe & Crosson, P.C.
162 Washington Street
Wellesley, MA 02481

Christopher R. O'Hara, Esq.
Charles M. Water, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

Michael P. McCarthy, Esq.
McCarthy & McCarthy
One Centre Street, Ste. 205
Wakefield, MA 01880

Michael S. Morino, Esq.
Truelove, Dee & Chase, LLP
268 Summer Street
Boston, MA 02210

Arthur Gianelli
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Richard Egbert, Esq.
99 Summer Street, Ste. 1800
Boston, MA 02110

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARYANN GIANELLI

VS.

EDWIN QUINN, DAVID PIERCE,
TRUSTEE, - COACH LANE TRUST
OF WAKEFIELD, CIRCLE INCORPORATED,
EDWARD FITZSIMMONS, INDIVIDUALLY,
MARK COLANGELO AND THE CANINE
ENTERTAINMENT CORPORATION

Case No.: MISC 05-174ML

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ATTENDANCE AT DEPOSITION OR IN THE ALTERNATIVE, TO ADJUDGE IN CONTEMPT**

The defendant Edwin Quinn moves that Arthur Gianelli be compelled to testify at a deposition scheduled in the above captioned matter.

The deposition of Arthur Gianelli was originally scheduled for December 20, 2005. However, Mr. Gianelli had been served with a subpoena to attend the deposition on the preceding day, December 19, 2005.

Attached is a copy of the transcript of the proceedings that was made on December 20, 2005. The transcript reflects that fact that Mr. Gianelli's counsel, Richard Egbert, was present but was not prepared to attend a deposition with Mr. Gianelli. Therefore, it was agreed to reschedule the deposition to January 11, 2006.

On January 11, 2006, Mr. Gianelli appeared at the deposition at the Wyatt Detention Center but stated that he was unable to testify due to illness. Attached is a copy of the transcript of the proceedings on January 11, 2006 reflecting the witness' statements and the statements of counsel.

Counsel for Edwin Quinn has attempted to take the deposition of Arthur Gianelli on many occasions prior to his incarceration at the Wyatt Detention Center. Counsel attempted to schedule Mr. Gianelli's deposition on April 26, 2005, May 2, 2005 and May 9, 2005 but the deposition did not go forward on those dates or any other dates.

Based on Mr. Gianelli's consistent failure to either appear at his deposition or to appear and not testify, defendant Quinn believes that Court intervention is necessary in order to accomplish this witness' deposition.

There is a discovery deadline in the underlying Superior Court case in Essex County Massachusetts, which currently calls for discovery to be completed by January 31, 2006.

At this time, the defendant is also filing a Notice to take Mr. Gianelli's Deposition on January 26, 2006. If the deposition goes forward on that date, the defendant will withdraw his motion as moot. If however the deposition does not go forward, the witness, Arthur Gianelli, should be ordered to show cause as to why he should not be adjudged in contempt of court.

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800

Respectfully submitted,
FINAN & GROURKE

Edward F. Grourke #2557
24 Spring Street, P.O. Box 1207
Pawtucket, RI 02862
(401) 723-6800

**CERTIFICATION**

I hereby certify that on the 17th day of January, 2006, a copy of the within document was sent to:

John F. Kehoe, Esq.
Kehoe & Crosson, P.C.
162 Washington Street
Wellesley, MA 02481

Christopher R. O'Hara, Esq.
Charles M. Water, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

Michael P. McCarthy, Esq.
McCarthy & McCarthy
One Centre Street, Ste. 205
Wakefield, MA 01880

Michael S. Morino, Esq.
Truelove, Dee & Chase, LLP
268 Summer Street
Boston, MA 02210

Arthur Gianelli
Wyatt Detentoin Center
950 High Street
Central Falls, RI 02863

Richard Egbert, Esq.
99 Summer Street, Ste. 1800
Boston, MA 02110

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800