IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARYANN GIANELLI

vs. C.A. No. MISC 05-174ML

EDWIN QUINN, DAVID PIERCE, TRUSTEE, COACH LANE TRUST OF WAKEFIELD, CIRCLE INCORPORATED, EDWARD FITZSIMMONS, INDIVIDUALLY, MARK COLANGELO AND THE CANINE ENTERTAINMENT CORPORATION

Deposition of **ARTHUR GIANELLI,** taken on behalf of Defendant Quinn, et al., pursuant to the Federal Rules of Civil Procedure, on January 11, 2006, at the Donald W. Wyatt Detention Center, 950 High Street, Central Falls, Rhode Island, before Alesha M. Cerrito, Notary Public, convening at 11:35 a.m.

APPEARANCES:

COPY

Kehoe & Crosson, P.C.
BY: JOHN F. KEHOE, ESQUIRE
Counsel for Defendant Quinn, et al.

Finan & Grourke
BY: EDWARD F. GROURKE, ESQUIRE
Local Counsel for Defendant Quinn, et al.

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

# I N D E X


| Witness | Examination By | Page |
|---|---|---|
| Arthur Gianelli | | |
| | Mr. Kehoe | 3 |

MR. KEHOE: Good morning, Mr. Gianelli. We're here to take your deposition today under order of the United States District Court for the District of Rhode Island in Case No. Miscellaneous 05-174MC -- ML, sorry. Would you swear the deponent, please.

**ARTHUR GIANELLI,** first having been duly sworn by the Notary Public, was examined and testified as follows:

**EXAMINATION BY MR. KEHOE:**

Q. State your full name, sir.

THE WITNESS: I'd like to say at this time, dear, that I'm willing to give this deposition, but I'm under the weather with a high fever. I have the Flu. I'm sick and under medication, and I can't possibly sit here through a deposition today. So if everybody is willing to come back when I'm feeling better, I have no problem whatsoever doing it, but today I can't give any answers. I can't even sit here. I'm very, very sick.

MR. KEHOE: Mr. Gianelli, we were here on the 29th of December with your Attorney, Richard Egbert. We wrote to Mr. Egbert confirming the date of this deposition today. I'm going to

insist that this deposition go forward or we will apply to the United States District Court of Rhode Island that you be held in contempt.

THE WITNESS: Furthermore, like I said, Counsel, I'm sick, and you can do whatever you have to do. And I was aware of what -- I was here with Mr. Egbert when you came down. And like I said, "I have no problem giving the deposition," but at this particular time, I'm physically not capable of sitting here and going through this.

MR. KEHOE: Anything else you want to put on the record, Ted?

MR. GROURKE: No, I don't have anything to add.

MR. KEHOE: Okay. The time now, young lady, is what?

THE REPORTER: 11:35.

MR. KEHOE: It's 11:35. Present are myself, John F. Kehoe, the Attorney for Edwin Quinn, Coach Lane Trust, and Circle Incorporated and our Local Counsel, Mr. Edward Grourke. Did I pronounce that correctly, Ted?

MR. GROURKE: You did.

MR. KEHOE: I am suspending this deposition at this time to seek an order from the

Court that this deponent be deposed on a date certain and that he be held in contempt for not going forward this morning. Anything else, Ted?

MR. GROURKE: That's all.

(DEPOSITION SUSPENDED AT 11:36 A.M.)

* * * * * * * * * * * * * * * * * * * * * *

STATE OF RHODE ISLAND

ss. Providence, Rhode Island

COUNTY OF PROVIDENCE

BE IT KNOWN that I, Alesha M. Cerrito, Shorthand Reporter and Notary Public, reported stenographically the foregoing deposition pursuant to notice at the time and place stated in the caption hereof; that I was then and there a Notary Public in and for the State of Rhode Island; that by virtue thereof I was authorized to administer an oath; that the witness before testifying was duly sworn to tell the truth, the whole truth and nothing but the truth; that the testimony of said witness was reduced to typewriting under my direction; that the foregoing pages contain a full, true and correct transcription of the notes of said deposition.

I FURTHER CERTIFY that there was no request made for review of the deposition by the deponent.

I FURTHER CERTIFY that I am not of counsel nor attorney for either or any of the parties to said action or otherwise interested in the event thereof, and that I am not related to either or any of the parties to said cause.

IN WITNESS WHEREOF I have hereunto subscribed my name and affixed my seal of office this 11th day of January, 2006.

Alesha M. Cerrito

NOTARY PUBLIC

MY COMMISSION EXPIRES:
September 27, 2008