no response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARYANN GIANELLI

VS.

EDWIN QUINN, DAVID PIERCE, TRUSTEE, - COACH LANE TRUST OF WAKEFIELD, CIRCLE INCORPORATED, EDWARD FITZSIMMONS, INDIVIDUALLY, MARK COLANGELO AND THE CANINE ENTERTAINMENT CORPORATION

Case No.: MISC 05-174ML

**MOTION TO COMPEL ATTENDANCE AT DEPOSITION OR IN THE ALTERNATIVE TO ADJUDGE IN CONTEMPT**

The defendant Edwin Quinn moves that the Court enter an Order compelling Arthur Gianelli to testify at a deposition or that Mr. Gianelli be adjudged in contempt for his failure to testify at a deposition scheduled on January 11, 2006.

A Memorandum setting forth the factual basis for this Motion is attached hereto.

WHEREFORE, the defendant Edwin Quinn requests that the Court enter an Order compelling the defendant to testify at a deposition, within a reasonable timeframe as ordered by the Court, subject to the rights and privileges that may be asserted by any witness at a deposition.

2/14/06: MOTION WITHDRAWN AS MOOT IN VIEW OF MR. GIANELLI'S ATTENDANCE AT HIS DEPOSITION ON 1/26/06. THIS MISCELLANEOUS MATTER MAY BE CLOSED.
USMJ

Defendant, By His Attorneys,
FINAN & GROURKE

Edward F. Grourke #2557
24 Spring Street, P.O. Box 1207
Pawtucket, RI 02862
(401) 723-6800

**CERTIFICATION**

I hereby certify that on the 17th day of January, 2006, a copy of the within document was sent to:

John F. Kehoe, Esq.
Kehoe & Crosson, P.C.
162 Washington Street
Wellesley, MA 02481

Christopher R. O'Hara, Esq.
Charles M. Water, Esq.
Todd & Weld, LLP
28 State Street
Boston, MA 02109

Referred to U.S.M.J. ALMOND
☐ for findings & recommendations
☐ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 2/7/2006

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860
(401) 723-6800